DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOON LINE PROPERTY MAINTENANCE, LLC,**
Appellant,

v.

**FLOYD JOSEPH O'BANNON,**
Appellee.

No. 4D2025-3328

[August 13, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472023CA000353CAAXMX.

Cynthia M. Ramos of Shapiro Ramos, P.A., Miami, for appellant.

James D. Tittle, Jr. of Tittle, Kairalla & Logan, P.L., Gemma Torcivia of TG Law PLLC, and Lyman Hawley Reynolds, Jr. of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***